

## Fourth Court of Appeals
### San Antonio, Texas

## MEMORANDUM OPINION

No. 04-26-00047-CV

**IN RE** Bianca Rose **FOX**

Original Mandamus Proceeding[1]

Opinion by:     Irene Rios, Justice

Sitting:        Irene Rios, Justice
                Lori Massey Brissette, Justice
                Adrian A. Spears II, Justice

Delivered and Filed: February 11, 2026

PETITION FOR WRIT OF MANDAMUS DENIED; EMERGENCY MOTION FOR TEMPORARY RELIEF DENIED AS MOOT

On January 16, 2026, relator filed a petition for writ of mandamus. Relator also filed an emergency motion for temporary relief, requesting a stay of the underlying proceedings pending final resolution of the petition for writ of mandamus. On February 2, 2025, relator filed a second emergency motion for temporary relief. Mandamus is an extraordinary remedy, available only when the relator can show (1) the trial court clearly abused its discretion or violated a duty imposed by law; and (2) there is no adequate remedy by way of appeal. *Walker v. Packer*, 827 S.W.2d 833,

---

[1] This proceeding arises out of Cause No. 2023CV01033, styled *Bianca Fox v. Cypress at Stone Oak*, pending in the County Court at Law No. 3, Bexar County, Texas, the Honorable Cesar Garcia presiding.

839-40 (Tex. 1992) (orig. proceeding).  After considering the petition and the record, this court concludes relator has not shown that she is entitled to the relief sought.

Accordingly, the petition for writ of mandamus is **DENIED**. *See* TEX. R. APP. P. 52.8(a). Relator's motions for temporary relief are **DENIED AS MOOT**.

Irene Rios, Justice